UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANNETTE M. WEBB** | **CIVIL ACTION NO. 17-05777** |
| **versus** | **SECTION  F (FELDMAN)** |
| **AETNA LIFE INSURANCE COMPANY** | **MAGISTRATE 4 (ROBY)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff ANNETTE M. WEBB and Defendant AETNA LIFE INSURANCE COMPANY, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice. The Parties shall each bear her/its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/Reagan L. Toledano* | */s/Samantha M. Schott* |
| JAMES F. WILLEFORD (LA 13485) | COVERT J. GEARY (#14280) |
| REAGAN L. TOLEDANO (LA 29687) | SAMANTHA M. SCHOTT (#36667) |
| WILLEFORD & TOLEDANO | JONES WALKER LLP |
| 201 St. Charles Avenue, Suite 4208 | 201 St. Charles Ave., 49th Floor |
| New Orleans, Louisiana 70170 | New Orleans, Louisiana  70170-5100 |
| Telephone: (504) 582-1286 | Telephone: (504) 582-8463 |
| Fax: (313)692-5927 | Fax: (504) 589-8463 |
| *rtoledano@willlefordlaw.com* | *cgeary@joneswalker.com* |
| **Attorneys for Plaintiff** | *sschott@joneswalker.com* |
| | **Attorneys for Defendant** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 5th day of April, 2018.

                                                */s/Samantha M. Schott*

{N3575214.1}